UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
SMITH, DOUGLAS L.               Case No. 08-52582 SWR
                                Chapter 7
                                HON. Steven W. Rhodes

                Debtor(s).                    /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| S. Oakland Anes. Associates<br>36400 Woodward Ave., Ste. 225<br>Bloomfield Hills, MI 48304 | 6 | $31.09 |
| | **TOTAL** | **$31.09** |

Dated: January 7, 2010

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com